UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05CV681-RPM-OES

JOHN V. PETERSON,

Plaintiff,

v.

AMERICAN FURNITURE WAREHOUSE,

Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Stipulation of the Plaintiff John V. Peterson and the Defendant American Furniture Warehouse, for a dismissal of the above-captioned action with prejudice, and the Court, having read the Stipulation and believing itself fully advised,

HEREBY ORDERS that the above-captioned action be dismissed with prejudice, each party to pay their respective costs and attorney's fees.

DONE in Court this 13th day of April, 2006.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
Senior District Judge